JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

David Singletary,                    )    Case No. CV 16-02071-ODW(SSx)
                                     )
                    Plaintiff,       )    **ORDER OF DISMISSAL**
                                     )
        v.                           )
                                     )
                                     )
                                     )
El Encanto Apartments LLC,           )
                                     )
                    Defendants.      )
_____    )

        THE COURT ORDERS that this action be, and hereby is, dismissed without

prejudice for lack of prosecution.

        The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.


Dated: July 8, 2016

                                        OTIS D. WRIGHT, II
                                        United States District Judge